ZADA M. LAVENDER, as Administratrix of the Estate of WILLIAM LAVENDER, Deceased, Respondent, *v.* NETTIE LAVENDER, an Infant, by EGBERT T. CROSS, Her Guardian ad Litem, Appellant.

(Argued January 17, 1933; decided February 28, 1933.)

*D. J. Seubert* for appellant.

*Henry J. Crawford* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.